**IN THE UNITED STATES DISTRICT COURT FO THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**STACY ACUFF, et al.**                                                **PLAINTIFFS**

**VS.**                                              **CASE NO.  3:13cv641-CWR-FKB**

**BABY O's RESTAURANT INC.,**
**a Mississippi For Profit Corporation and**
**DANNY OWENS, Individually**                                         **DEFENDANTS**

**NOTICE OF ENTRY OF APPEARANCE**

NOTICE IS HEREBY GIVEN that the undersigned attorney, Greta L. Kemp of Kemp Law Firm, PLLC, has entered her appearance as co-counsel for and on behalf of the Defendants and will represent the same in the above-referenced cause.

THIS the 4th day of March, 2014.

                                                                Respectfully submitted,

                                                                __/s/Greta L. Kemp__
                                                                Greta L. Kemp, MSB #103672
                                                                Kemp Law Firm, PLLC
                                                                Post Office Box 12372
                                                                Jackson, Mississippi 39211
                                                                Tel. (662)279-0840
                                                                Email: kemplaw@outlook.com

                                                                James N. Scarff, II Miss. Bar No. 103035
                                                                THE SCARFF LAW FIRM, LLC
                                                                P.O. Box 4982
                                                                Jackson, Mississippi 39296
                                                                Telephone:  601.278.9450
                                                                Email: scarfflawfirm@gmail.com

                                                                ATTORNEYS FOR THE DEFENDANTS

**CERTIFICATE OF SERVICE**

I, undersigned counsel, do hereby certify that I have this day caused to be filed a true and correct copy of the foregoing document via this Court's electronic filing system which automatically sends notification to the following:

**Christopher W. Espy, Esq.**
**Attorney at Law**
**Post Office Box 13722**
**Jackson, Mississippi 39236**
chris.espy@espylawpllc.com
**ATTORNEY FOR THE PLAINTIFFS**

THIS the 4th day of March, 2014.

    /s/Greta L. Kemp
Greta L. Kemp, MSB #103672
Kemp Law Firm, PLLC
Post Office Box 12372
Jackson, Mississippi 39211
Tel. (662)279-0840
Email: kemplaw@outlook.com

James N. Scarff, II Miss. Bar No. 103035
THE SCARFF LAW FIRM, LLC
P.O. Box 4982
Jackson, Mississippi 39296
Telephone:  601.278.9450
Email: scarfflawfirm@gmail.com

ATTORNEYS FOR THE DEFENDANTS