# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**STACY ACUFF, on**                                                                          **PLAINTIFF**
**behalf of herself and those**
**similarly situated**

**vs.**                                                    **CASE NO.: 3:13-cv-641-CWR-FKB**

**BABY O'S RESTAURANT INC.,**
**a Mississippi For Profit Corporation and**
**DANNY OWENS, Individually**                                           **DEFENDANTS**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and through the undersigned counsel, the Parties agree that the above-styled action of Plaintiff against Defendants shall be dismissed with prejudice with each party to bear their own attorneys' fees and costs.

This the 22nd day of July, 2014.

                                              Respectfully submitted,

                                              *s/ Christopher W. Espy* _____
                                              Christopher W. Espy, Esq., MSB #102424

                                              CHRISTOPHER W. ESPY,
                                              ATTORNEY AT LAW, PLLC.
                                              P.O. Box 13722
                                              Jackson, MS 39236-3722
                                              Tel.: (601) 812-5300
                                              Fax: (601) 500-5719
                                              Email: chris.espy@espylawpllc.com

                                              ATTORNEY FOR PLAINTIFF

                                              /s James N. Scarff_____
                                              James N. Scarff, II
                                              THE SCARFF LAW FIRM, LLC
                                              P.O. Box 4982
                                              Jackson, Mississippi 39296
                                              Tel.: (601) 278-9450

Email: scarfflawfirm@gmail.com

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I, Christopher W. Espy, Counsel for Plaintiff, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the online CM/ECF system.

SO CERTIFIED, this the 22nd day of July, 2014.

/s/ Christopher W. Espy_____
Christopher W. Espy, Esq., MSB # 102424
Attorney at Law, PLLC.
P.O. Box 13722
Jackson, MS 39236-3722
Tel.: (601) 812-5300
Fax: (601) 500-5719
Email: chris.espy@espylawpllc.com

ATTORNEY FOR PLAINTIFF